JARED P. GREEN
Nevada Bar No. 10059
DYLAN P. TODD
Nevada Bar No. 10456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
jared.green@mccormickbarstow.com
Attorneys for Defendant Frade Ranches, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| DAVID STEPHEN COLLIS; LORI ANNE COLLIS; JAMES ROBERT ADAMSON; JOY LURLINE ADAMSON, <br><br> Plaintiffs, <br><br> v. <br><br> PERI & SONS FARMS, INC.; FRADE RANCHES, INC.; JASON MICHAEL POPPLEWELL; MATTHEW L. SHARP, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF EVERETT SPRADLIN; JOHN DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive, <br><br> Defendants. | Case No. 3:17-CV-00071-RCJ-WGC <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant FRADE RANCHES, INC. substitutes Brad Johnston, Esq. of JOHNSTON LAW OFFICES, P.C., as its attorney of record in this matter, in the place and stead of the McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP.

DATED: May 25, 2017

BY: _____
FRADE RANCHES, INC.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby agrees and consents to the substitution of JOHNSTON LAW OFFICES, P.C. as the attorneys of record for Defendant FRADE RANCHES, INC. in this matter.

DATED: May 25, 2017

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

BY: _____
DYLAN P. TODD, ESQ.

Brad Johnston, Esq. of JOHNSTON LAW OFFICES, P.C., hereby accepts substitution as attorney of record for Defendant FRADE RANCHES, INC. in this matter.

DATED: May 25, 2017

JOHNSTON LAW OFFICES, P.C.

BY: _____
BRAD M. JOHNSTON, ESQ.

**IT IS SO ORDERED.**

DATED: May 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

2