# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COLLIS, et al., | 3:17-CV-0071-RCJ (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | October 3, 2017 |
| PERI & SONS FARMS, INC., et al., | |
| Defendants. | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties' stipulation to set case management conference (ECF No. 43) is **DENIED without prejudice**. The parties seek to set a case management conference next week on October 12, 2017, at which time the court is asked to rule on redactions to their document productions based on the attorney-client privilege and/or the work product doctrine. The parties indicate that they will submit un-redacted documents for an *in camera* review prior to the case management conference. However, the parties fail to describe the volume of documents, the date they will be produced to the court, and whether a properly prepared privilege log will accompany the documents.

The parties shall submit an amended stipulation and include the information noted above. The court will then set a date for the hearing and specify what shall be included in a privilege log.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk