# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID STEPHEN COLLIS, *et al.*, | Case No.: 3:17-CV-00071-RCJ-VPC |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING SET FOR TUESDAY, JUNE 12, 2018 AND RESCHEDULING TO MONDAY, JULY 16, 2018** |
| PERI & SONS FARMS, INC., *et al.*, | |
| Defendants. | |

Presently before the Court is Defendants Peri & Sons Farms, Inc. And Frade Ranches, Inc.'s Motion for Summary Judgment (ECF No. 54). Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT currently set for 11:00AM., Tuesday, June 12, 2018, is VACATED.

IT IS FURTHER ORDERED that ORAL ARGUMENT is RESCHEDULED to 11:00 A.M., Monday, July 16, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 15th day of May, 2018.

_____
ROBERT C. JONES
District Judge