UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID STEPHEN COLLIS; LORI ANNE
COLLIS; JAMES ROBERT ADAMSON;
JOY LURLINE ADAMSON,

Plaintiffs,

vs.

PERI & SONS FARMS, INC.; FRADE
RANCHES, INC.; JASON MICHAEL
POPPLEWELL; MATTHEW L. SHARP,
AS SPECIAL ADMINISTRATOR OF THE
ESTATE OF EVERETT SPRADLIN;
JOHN DOES I through X, inclusive; ABC
CORPORATIONS I through X, inclusive;
and BLACK AND WHITE COMPANIES I
through X, inclusive,

Defendants.

Case No. 3:17-cv-00071-RCJ-VPC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED by the parties, by and through their

undersigned counsel of record, that the above-entitled matter be dismissed in its entirety

with prejudice with each party to bear their own costs and attorneys fees pursuant to their

settlement agreement.

IT IS HEREBY FURTHER STIPULATED and AGREED by all parties that the

settlements of these matters were reached by arm's length negotiations in private

///

///

///

negotiation and subsequent mediation, in good faith pursuant to NRS §17.245, and should be found as such.

IT IS SO STIPULATED AND AGREED.

BRADLEY, DRENDEL & JEANNEY, LTD.

DATED: July 10, 2018

Bill Bradley, Esq.
6900 S. McCarran Blvd., Ste. 200
Reno, NV 89509
**Attorneys for Plaintiff**

JOHNSTON LAW OFFICES, P.C.

DATED: July 16, 2018

/s/ Brad M. Johnson
Brad M. Johnston, Esq.
22 State Route 208
Yerington, NV 89447
**Attorneys for Defendants Peri & Sons Farms, Inc. and Frade Ranches, Inc.**

ERICKSON, THORPE & SWAINSTON, LTD.

DATED: 7-16-2018

John A. Aberasturi, Esq. (SBN 1692)
99 West Arroyo Street
Reno, Nevada 89509
**Attorneys for Defendant Jason Michael Popplewell**

. . . . . . . . .

IT IS SO ORDERED.

DATED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2